United States District Court of Nebraska

Tyrone L Williams (Plaintiff)
VS
(Defendant)
City of Omaha NEBRASKA - u -
Omaha Police Department of Nebraska

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
AUG 3 2026
OFFICE OF THE CLERK

Motion
> False Imprisoment
> defamation of character
> & Malicious Prosecution
> self protectinon

Come's now I Tyrone L Williams acting on my own behalf Is filing clam against the City of Omaha Nebraska for False Imprisoment, Defamation of Character, and Cruel unusal Punishamt on the date of 5-1-2026. I was arrested felony Assault I been Incarcerated since 5-1-2026.

I'm filing a clam for False Imprisonment due to the facts; That I was at my Aptment where I live and recieve my mail in Omaha Nebraska have the Law: Law of Self Protection: and it should Apply to me as well even tho my record reflect's the Judicial system Due to Malicious Proscution doe to my Past History.

I'm filing defamtion of character by their telling my family they need to lock up this moster but befor I was ~~[illegible]~~ incarcerated at my Ant's Apt. I was ~~[illegible] the~~ providing for my grand children, and family, and have been back in the community for a year. These claims are incidences of my 14th amendment (section 1) being violated, So I'm asking the court for prayer the Relief and Claim 500,000 for pain and Suffering and Emotional Distress

RECEIVED
AUG - 3 2026
CLERK
U.S. DISTRICT COURT

I hereby is sending this clam by mail postage on date of July 30 2026 from 710 South 17th street Omaha NE 68102

print Tyrone L Williams

Signature Tyrone L Williams

Tyrone L Williams
Printed Name
(135 1092) (4L F)
Data # Module #
Douglas County
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA 68102

OMAHA NE 680
31 JUL 2026 PM 1 L

USA FOREVER

RECEIVED
AUG - 3 2026
U.S. DISTRICT COURT

District Court
111 South 18th Plaza # 1152
Omaha Neb, 68102

68102-132277